UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

## PROOF OF SERVICE

9/18/06 — DATE
91 Friendship St. Providence R.I. — PLACE

**SERVED**

R-I Chemical Corp. — SERVED ON (PRINT NAME)
Barbara Brown on behalf of Thomas Plunkett — MANNER OF SERVICE

SERVED BY (PRINT NAME
Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

TITLE Agent for RI Chemical Corp.

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/18/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911