UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

## PROOF OF SERVICE

9/27/06 — DATE

222 Jefferson Blvd. Warwick RI — PLACE

## SERVED

American Mineral Spirits Co. — SERVED ON (PRINT NAME)

N/K/A Unocal - Chevron Corp. — MANNER OF SERVICE

A.F.S. U.S. Corporation Co. — SERVED BY (PRINT NAME

TITLE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

Recieved By Richard D'Amico

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/27/06
DATE

[signature]
SIGNATURE OF SERVER

ADDRESS OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911