UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

**PROOF OF SERVICE**

9/27/06 — DATE
222 Jefferson Blvd. Warwick RI — PLACE

**SERVED**

Ciba Specialty Chemicals Corp. — SERVED ON (PRINT NAME)
N/K/A Novartis Pharmaceuticals Corp. — MANNER OF SERVICE

A/F/S Corporation Service Co. — SERVED BY (PRINT NAME — TITLE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

Recieved Richard D'Amico

**DECLARATION OF SERVER**

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/22/06
DATE

[signature]
SIGNATURE OF SERVER

ADDRESS OF SERVER
Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911