UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

**PROOF OF SERVICE**

9/27/06 — DATE

222 Jefferson Blvd. Warwick — PLACE

**SERVED**

Conoco Phillips Co. — SERVED ON (PRINT NAME)

c/o Agent For Service — MANNER OF SERVICE

SERVED BY (PRINT NAME

TITLE — U.S. Corporation Co.

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

Recieved by Richard D'Amico

**DECLARATION OF SERVER**

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/27/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911