UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

**PROOF OF SERVICE**

9/28/06 — 101 Dyer St. Providence R.I.
DATE — PLACE

**SERVED**

Organic Dyestuffs Corp. F/K/A Organic Chemical
SERVED ON (PRINT NAME) — MANNER OF SERVICE

A/F/S Davis Kilmack Swan & Bowling
SERVED BY (PRINT NAME) — TITLE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

Carol P. Moss

**DECLARATION OF SERVER**

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/28/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911