UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

## PROOF OF SERVICE

9/15/06 | 1 Park Row Providence
DATE PLACE

Verified Petition

## SERVED

Allied Mill Assoc. LTD. | X Refuse To Sign
SERVED ON (PRINT NAME) MANNER OF SERVICE

A/P/S Charles Rogers Esq.
SERVED BY (PRINT NAME) TITLE

Thomas Noury
41 N. Elmore Ave
P.O. Box 114026
North Providence, RI 02911

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/15/06
DATE

[signature] Thomas Noury
SIGNATURE OF SERVER

ADDRESS OF SERVER Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911