UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

**PROOF OF SERVICE**

9/15/06 — 10 Weybosset St. Providence R.I.
DATE — PLACE

Verified Petition

**SERVED**

Tanner Industries Inc
SERVED ON (PRINT NAME) — MANNER OF SERVICE

AFS Ct Corp. Systems
SERVED BY (PRINT NAME — TITLE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

**DECLARATION OF SERVER**

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/15/06
DATE

[signature]
SIGNATURE OF SERVER Thomas Noury

ADDRESS OF SERVER 41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911