UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

**PROOF OF SERVICE**

9/27/06 — DATE
1381 Cranston St. Cranston R.I. — PLACE

**SERVED**

Bercen Chemicals / Print Works Co. — SERVED ON (PRINT NAME)
MANNER OF SERVICE

A/F/S — SERVED BY (PRINT NAME)
George Shuster President — TITLE

**DECLARATION OF SERVER**

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/27/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
Thomas Noury
41 N. Elmore Ave.
P.O. Box 14026
North Providence, RI 02911