UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF )
)
CENTREDALE MANOR SUPERFUND SITE )
)
Verified Petition of )
)
Emhart Industries, Inc. )
To perpetuate the testimony of witnesses )

**Civil Action No.: Misc. 03-114**

## PROOF OF SERVICE

| 9/29/06 @ 1:50 pm | 1209 Orange St., Wilmington, DE 19801 |
|---|---|
| DATE | PLACE |

## SERVED

| SCOTT LASCALA, SECTION HEAD PROCESS, | AUTHORIZED TO ACCEPT SERVICE |
|---|---|
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| ADAM GOLDEN | SPS |
| SERVED BY (PRINT NAME | TITLE |

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/29/06
DATE

SIGNATURE OF SERVER

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

ADDRESS OF SERVER