UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| September 19, 2006 | Lubrx Products, Inc<br>8 Darby Drive, Mansfield, MA 02048 |

## SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Dolores A. Audet, Registered Agent | Authorized to accept |

| SERVED BY (PRINT NAME | TITLE |
|---|---|
| Wendell Davison | Private Process Server |

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9\20\06
DATE

Wendell Davison
SIGNATURE OF SERVER

ADDRESS OF SERVER
CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050