UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| 09-19-06 @ 2:04 pm | Malden Mills Industries, Inc. 46 Stafford Street, Lawrence, MA 02841 |

## SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Kathleen Potter, Esquire | Authorized to accept |

| SERVED BY (PRINT NAME | TITLE |
|---|---|
| James Campbell | Private Process Server |

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/20/06
DATE

James Campbell
SIGNATURE OF SERVER

ADDRESS OF SERVER

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**