UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF )
)
CENTREDALE MANOR SUPERFUND SITE ) **Civil Action No.: Misc. 03-114**
)
Verified Petition of )
)
Emhart Industries, Inc. )
To perpetuate the testimony of witnesses )

## PROOF OF SERVICE

09-19-06 @ 3:00 pm — DATE

Plymouth Rubber Company, LLC
104 Revere Street, Canton, MA 02021 — PLACE

## SERVED

SERVED ON (PRINT NAME) MANNER OF SERVICE

Don Andrejzzyk, Human Resource Manager Authorized to accept

SERVED BY (PRINT NAME TITLE

Gerson Maciel Private Process Server

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/20/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**