UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN THE MATTER OF<br><br>CENTREDALE MANOR SUPERFUND SITE<br><br>Verified Petition of<br><br>Emhart Industries, Inc.<br>To perpetuate the testimony of witnesses | **Civil Action No.: Misc. 03-114** |

## PROOF OF SERVICE

| 9/19/06 | CSC, 2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
|---|---|
| DATE | PLACE |

## SERVED

| DIONNE MILLS | AUTHORIZED TO ACCEPT SERVICE |
|---|---|
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| ROBERT DELACY | SPECIAL PROCESS SERVER |
| SERVED BY (PRINT NAME | TITLE |

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/19/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER
CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050