UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN THE MATTER OF<br><br>CENTREDALE MANOR SUPERFUND SITE<br><br>Verified Petition of<br><br>Emhart Industries, Inc.<br>To perpetuate the testimony of witnesses | **Civil Action No.: Misc. 03-114** |

## PROOF OF SERVICE

10/3/06 — DATE

222 Jefferson Blvd. Warwick RI — PLACE

## SERVED

Fluor NE Inc. — SERVED ON (PRINT NAME)

c/o Chris Bergner — MANNER OF SERVICE

RI AFS — SERVED BY (PRINT NAME

Corporation Service Co. — TITLE

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10/3/06
DATE

[signature]
SIGNATURE OF SERVER

ADDRESS OF SERVER
Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911