UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN THE MATTER OF<br><br>CENTREDALE MANOR SUPERFUND SITE<br><br>The Petition of<br><br>Emhart Industries, Inc.<br><br>To perpetuate the testimony of witnesses | **Civil Action No.: Misc. 03-114** |

## CERTIFICATION

I, Elvira M. Hanson, hereby certify that on the 16th day of October, 2006, I caused a true copy of the within Notice of Hearing to be served, first class, postage prepaid, to the following parties:

ADP Marshall, Inc.
c/o Fluor NE, Inc.
Corporation Service Company
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

A. Harrison & Co.
c/o H. Allen Harrison
35 Hurdis Street
North Providence, RI 02904

American Hoechst Corp. n/k/a/ CNA Holdings, Inc.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

American Mineral Spirits Company n/k/a Unocal (wholly-owned subsidiary of Chevron Corporation)
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Bercen Chemical
David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188
dbgraham@kaufcan.com
P: (757) 259-3800
F: (757) 259-3838
dbgraham@kaufcan.com

Bernard V. Buonanno, Sr.
c/o Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Estate of Joseph Buonanno
c/o Deming E. Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Brook Village Associates Limited Partnership
Howard J. Castleman
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
P: (617) 523-2700
F: (617) 523-6850
howard.castleman@hklaw.com

Brown & Sharpe Manufacturing Co. n/k/a Hexagon Metrology, Inc.
Precision Park
200 Frenchtown Rd.
North Kingston, RI 02852

C. Pezza & Son, Inc.
Sean O. Coffey
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903
P: (401) 831-8173
F: (401) 831-8359
scoffey@burnslev.com
Also:
Leonard A. Pezza
Pezza Equipment Corp.
11 Winsor Avenue
Johnston, RI 02919-1119

Cal Chemical Corp.
Charles A. Lamendola
592 Arnold Rd.
Coventry, RI 02816
P: (401) 821-0320
F: (401) 823-5001

Cardinal Chemical n/k/a Eastern Resins Corp.
c/o Steven I. Rosenbaum, Esq.
30 Exchange Terrace
Providence, RI 02903

Centerdale Manor Associates
Laurie Burt
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
P: (617) 832-1000
F: (617) 832-7000
lburt@foleyhoag.com

Ciba Specialty Chemicals Corporation n/k/a Novartis Pharmaceuticals Corp.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

CNA Holdings, Inc.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

CNC Chemical Corp.
c/o Bruce Monger, President
20 Privilege Street
Woonsocket, RI 02895

Conoco-Phillips, Inc.
David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188
dbgraham@kaufcan.com
P: (757) 259-3800
F: (757) 259-3838
dbgraham@kaufcan.com

Cranston Print Works Co.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Duro Finishing
n/k/a Duro Industries, Inc.
110 Chase Street
Fall River, MA 02724

Eastern Color & Chemical Company
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Eastern Smelting & Refining Co. n/k/a Refinity Corp.
Mark Kalpin, Esq.
Hale and Dorr
60 State Street
Boston, MA 02109
P: (617) 526-6176
F: (617) 526-5000
mark.kalpin@haledorr.com

Efros Barrel Company
18 Imperial Place, Suite 3G
Providence, RI 02903

Eli Lilly & Company, Inc.
Jerome I. Maynardn, Esq.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312.627-2185
Fax: 312.627-2302
jmaynard@dykema.com

G.M. Gannon Co., Inc. n/k/a Bright Star Corp.
c/o Robert H. Breslin, Jr.
222 Jefferson Blvd., Ste 300
Warwick, RI 02888

George Mann & Co. n/k/a GM Holdings, Inc.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

George Mann & Co. n/k/a Univar USA, Inc.
Leslie R. Schenck, Esq.
Garvey Schubert Barer
18th Floor
Second & Seneca Building
1191 Second Avenue
Seattle, WA 98101-2939

Mill at Allendale Condominium Association
c/o Frank A. Lombardi, Esq.
395 Smith Street
Providence, RI 02908
P: (401) 455-0420
F: (401) 521-7974

New England Container Company, Inc.
Kirsten Etela, Esq.
Robinson & Cole LLP
Financial Center
695 East Main Street
Stamford, CT 06904

Organic Dyestuffs Corp. (f/k/a Organic Chemical)
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Original Bradford Soap Works, Inc. n/k/a Bradford Soap Works, Inc.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Sterling Winthrop n/k/a Sanofi-Synthelabo, Inc.
Richard F. Ricci, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
P: (973) 597-2462
F: (973) 597-2463
rricci@lowenstein.com

T.H. Baylis Company n/k/a THBC, Inc.
Scott Junkin, Esq.
234 Church Street, 9th Floor
New Haven, CT 06510-1819
P: (203) 777-8008
F: (203) 777-6304
sjunkin@reidandriege.com

Teknor Apex Company
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

United States Environmental Protection Agency, Region I
Office of the Regional Counsel
C/o Eve Vaudo, Esq.
One Congress Street
Boston, MA 02114-2023
(617) 918-1089
vaudo.eve@epa.gov

U.S. Oil
c/o Northeast Products Co.
Pasco Gasbarro, Jr.
1500 Fleet Center
Providence, RI 02903

Union Oil Company of California
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Warwick Chemical Company n/k/a Sequa Corp.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

James Aukerman, Esq.
James V. Aukerman & Associates, LLC
60 South County Commons Way
Wakefield, RI 02979
Phone: (401) 788-9080
Fax: (401) 788-9084
aukermanlaw@msn.com

Richard A. Sherman, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
Counsel for American Mineral Spirits, Co., CNA Holdings, Inc., Ciba Specialty Chemicals, Inc., Cranston Print Works Company, Sequa Corp., Teknor Apex Company, Original Bradford Soap Works, Inc.

R. Howard Grubbs
Womble, Carlyle, Sandridge & Rice, PLCC
104 South Main St.
Suite 700
Greenville, SC 29601-0208
Counsel for Ciba Specialty Chemicals, Inc.

Daniel S. Crocker
Brooks/Eckerd Pharmacy
50 Service Avenue
Warwick, RI 02886
Counsel for New England Container Corp

James W. Ryan
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
Counsel for New England Container Corp

John F.X. Peloso, Jr.
Robinson & Cole, LLP
695 East Main Street
Stamford, CT 06904-2305
Counsel for New England Container Corp.

David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188
dbgraham@kaufcan.com
P: (757) 259-3800
F: (757) 259-3838
dbgraham@kaufcan.com
Counsel for American Mineral Spirits, Co., CNA Holdings, Inc., Ciba Specialty Chemicals, Inc., Cranston Print Works Company, Sequa Corp., Teknor Apex Company, Original Bradford Soap Works, Inc.

Dytex Chemicals
Charles S. Grossman
1280 High St.
Central Falls, RI 02863

Kraus Chemical Company
156 Valley Street
East Providence, RI 02914
Registered Agent:
Carol E. Najarian
1140 Reservoir Avenue
Cranston, RI 02920
President:
Martin A. Kraus
120 Dellwood Road
Cranston, RI 02920

Lubrx Products, Inc.
Registered Agent:
Dolores A. Audet
8 Darby Dr.
Mansfield, MA 02048

Malden Mills Industries, Inc.
Kathleen Potter, Esq.
46 Stafford Street
Lawrence, MA 01841
Phone: (978) 659-5408
Facsimile: (978) 557-3244

Plymouth Rubber Company, LLC
Christopher P. Davis
Goodwin Procter
53 State Street
Exchange Plaza
Boston, MA 02109
P: (617) 570-1354
F: (617) 523-1231
cdavis@goodwinprocter.com
Registered Agent:
Maurice Hamilburg
104 Revere St.
Canton, MA 02021

Rhode Island Chemical Corporation
Registered Agent:
Thomas C. Plunkett
91 Friendship Street
Providence, RI 02903

Synthron, Inc. f/k/a Synthron Chemicals, Inc.
United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(302)636-5400
Also:
305 Amherst Road
Morganton, NC 28655

Tanner Industries, Inc.
Registered Agent:
CT Corporation System
10 Weybosset St.
Providence, RI 02903

Allendale Mill Associates, Limited Partnership
Registered Agent:
Charles F. Rogers, Jr., Esq.
2800 Financial Plaza
Providence, RI 02903

ANPC Associates Limited Partnership
Registered Agent:
Prentice-Hall Corp. System
222 Jefferson Blvd., Suite 200
Warwick, RI 02888

Universal Chemicals
Registered Agent:
Jerry Kaplan
164 Eileen Drive
Cedar Grove, NJ 07009

/s/ Elvira Hanson

**Elvira Hanson**

**From:** cmecf@rid.uscourts.gov
**Sent:** Friday, October 13, 2006 2:04 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:03-mc-00114-L-LDA In Re: Centredale Manor, et al v. "Notice of Hearing on Motion"

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 10/13/2006 at 2:03 PM EDT and filed on 10/13/2006

**Case Name:** In Re: Centredale Manor, et al v.
**Case Number:** 1:03-mc-114
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE of Hearing on Motion [20] MOTION to Take Deposition from Vincent Buonanno, David Carbone, Joseph Cifelli, Jack D. Lane, Jr., Joseph Nadeau, Raymond Nadeau, Felix Palumbo, Leonard A. Pezza, John Turcone *Verified Petition to Perpetuate Testimony*: Motion Hearing set for 10/25/2006 10:00 AM in Courtroom A before Magistrate Judge Lincoln D. Almond. (Noel, Jeannine)

The following document(s) are associated with this transaction:

**1:03-mc-114 Notice will be electronically mailed to:**

David B. Graham dbgraham@kaufcan.com

R. Howard Grubbs hgrubbs@wcsr.com

Stacey P. Nakasian snakasian@duffysweeney.com, ehanson@duffysweeney.com

James W. Ryan jwr@psh.com, emw@psh.com

Craig M. Scott cscott@duffysweeney.com

**1:03-mc-114 Notice will be delivered by other means to:**

Laurie Burt
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210

Colburn T. Cherney

Ropes & Gray
One Franklin Sq.
1301 K St., NW, Ste. 800 East
Washington, DC 20005

Daniel S. Crocker
Brooks/Eckerd Pharmacy
50 Serv ice Avenue
Warwick, RI 02886
daniel.crocker@brookseckerd.com

Stuart Deans
Robinson & Cole
Financial Centre
695 East Main St.
Stamford, CT 06904

Stuart R. Deans
Robinson & Cole LLP
Financial Center
695 East Main St.
Stamford, CT 06904

Jerome Muys, Jr
Swidler, Berlin, Shereff & Friedman, LLp
3000 K st., NW, Ste. 300
Washington, DC 20007

John F.X. Peloso , Jr
Robinson & Cole, LLP
695 East Main Street
Stamford, CT 06904-2305

Richard A. Sherman
Edwards Angel! 1 Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
ksherman@eapdlaw.com

Eve Vaudo
U.S. Environmental Protection Agency
Office of Regional Counsel
One Congress St.
Ste. 1100
Boston, MA 02114