**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IN THE MATTER OF | ) ) ) | |
| CENTREDALE MANOR SUPERFUND SITE | ) ) | **Civil Action No.: Misc. 03-114** |

**MOTION FOR ADMISSION PRO HAC VICE**

Movant, Emhart Industries, Inc. hereby moves that Warren Anthony Fitch be admitted PRO HAC VICE in the above case as counsel with local counsel identified below:

Movant,
Emhart Industries, Inc.
By: Craig M. Scott (Bar No. 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated:

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of District of Columbia and Maryland and of the following Federal District Court and/or Court of Appeals Bar(s): District of Columbia and Maryland, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the Judge(s) who presided):

***United States of America v. Brook Village Associates Limited Partnership, and Centerdale Manor Associates. Docket No. 05-195S – Granted April 3, 2006***

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Warren Anthony Fitch, Esq.
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
202-373-6695
202-371-6601

---

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel:

/s/ Craig M. Scott
Local Counsel
Craig M. Scott, Esq. (Bar No. 4237)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Phone
(401) 455-0701-Fax

---

**ORDER**

This Motion is hereby ______________________________

______________________
District Judge

Date:

**CERTIFICATE OF SERVICE**

On the 18th day of October 2006, I hereby certify that I caused a true copy of the within Motion for Admission Pro Hac Vice to be mailed, first class, postage prepaid, to the following parties:

ADP Marshall, Inc.
c/o Fluor NE, Inc.
Corporation Service Company
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

A. Harrison & Co.
c/o H. Allen Harrison
35 Hurdis Street
North Providence, RI 02904

American Hoechst Corp. n/k/a/ CNA Holdings, Inc.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

American Mineral Spirits Company n/k/a Unocal (wholly-owned subsidiary of Chevron Corporation)
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Bercen Chemical
David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188
dbgraham@kaufcan.com
P: (757) 259-3800
F: (757) 259-3838
dbgraham@kaufcan.com

Bernard V. Buonanno, Sr.
c/o Deming E. Sherman, Esq.
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Estate of Joseph Buonanno
c/o Deming E. Sherman, Esq.
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903

Brook Village Associates Limited Partnership
Howard J. Castleman
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
P: (617) 523-2700
F: (617) 523-6850
howard.castleman@hklaw.com

BNS Co.
25 Enterprise Center, Suite 103
Middletown, RI 02842

C. Pezza & Son, Inc.
Sean O. Coffey
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903
P: (401) 831-8173
F: (401) 831-8359
scoffey@burnslev.com
Also:
Leonard A. Pezza
Pezza Equipment Corp.
11 Winsor Avenue
Johnston, RI 02919-1119

Cal Chemical Corp.
Charles A. Lamendola
592 Arnold Rd.
Coventry, RI 02816
P: (401) 821-0320
F: (401) 823-5001

Cardinal Chemical n/k/a Eastern Resins Corp.
c/o Steven I. Rosenbaum, Esq.
30 Exchange Terrace
Providence, RI 02903

Centerdale Manor Associates
Laurie Burt
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
P: (617) 832-1000
F: (617) 832-7000
lburt@foleyhoag.com

Ciba Specialty Chemicals Corporation n/k/a Novartis Pharmaceuticals Corp.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

CNA Holdings, Inc.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

CNC Chemical Corp.
c/o Bruce Monger, President
20 Privilege Street
Woonsocket, RI 02895

Conoco-Phillips, Inc.
David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188
dbgraham@kaufcan.com
P: (757) 259-3800
F: (757) 259-3838
dbgraham@kaufcan.com

Cranston Print Works Co.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Duro Finishing
n/k/a Duro Industries, Inc.
110 Chase Street
Fall River, MA 02724

Eastern Color & Chemical Company
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Eastern Smelting & Refining Co. n/k/a Refinity Corp.
Mark Kalpin, Esq.
Hale and Dorr
60 State Street
Boston, MA 02109
P: (617) 526-6176
F: (617) 526-5000
mark.kalpin@haledorr.com

Efros Barrel Company
18 Imperial Place, Suite 3G
Providence, RI 02903
Also:
179 Wayland Avenue, 2nd Floor
Providence, RI 02906
(401)228-0100

Eli Lilly & Company, Inc.
Jerome I. Maynardn, Esq.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312.627-2185
Fax: 312.627-2302
jmaynard@dykema.com
(by overnight delivery, with Rule 27 Petition and Objection also enclosed)

G.M. Gannon Co., Inc. n/k/a Bright Star Corp.
c/o Robert H. Breslin, Jr.
222 Jefferson Blvd., Ste 300
Warwick, RI 02888

George Mann & Co. n/k/a GM Holdings, Inc.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

George Mann & Co. n/k/a Univar USA, Inc.
Leslie R. Schenck, Esq.
Garvey Schubert Barer
18th Floor
Second & Seneca Building
1191 Second Avenue
Seattle, WA 98101-2939

Mill at Allendale Condominium Association
c/o Frank A. Lombardi, Esq.
395 Smith Street
Providence, RI 02908
P: (401) 455-0420
F: (401) 521-7974

New England Container Company, Inc.
Kirsten Etela, Esq.
Robinson & Cole LLP
Financial Center
695 East Main Street
Stamford, CT 06904

Organic Dyestuffs Corp. (f/k/a Organic Chemical)
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Original Bradford Soap Works, Inc. n/k/a Bradford Soap Works, Inc.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Sterling Winthrop n/k/a Sanofi-Synthelabo, Inc.
Richard F. Ricci, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
P: (973) 597-2462
F: (973) 597-2463
rricci@lowenstein.com

T.H. Baylis Company n/k/a THBC, Inc.
Scott Junkin, Esq.
234 Church Street, 9th Floor
New Haven, CT 06510-1819
P: (203) 777-8008
F: (203) 777-6304
sjunkin@reidandriege.com

Teknor Apex Company
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

United States Environmental Protection Agency, Region I
Office of the Regional Counsel
C/o Eve Vaudo, Esq.
One Congress Street
Boston, MA 02114-2023
(617) 918-1089
vaudo.eve@epa.gov

U.S. Oil
c/o Northeast Products Co.
Pasco Gasbarro, Jr.
1500 Fleet Center
Providence, RI 02903

Union Oil Company of California
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

Warwick Chemical Company n/k/a Sequa Corp.
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
gbenik@nixonpeabody.com

James Aukerman, Esq.
James V. Aukerman & Associates, LLC
60 South County Commons Way
Wakefield, RI 02979
Phone: (401) 788-9080
Fax: (401) 788-9084
aukermanlaw@msn.com

Richard A. Sherman, Esq.
Edwards & Angell, LLP
2800 Bank Boston Plaza
Providence, RI 02903
Counsel for American Mineral Spirits, Co., CNA Holdings, Inc., Ciba Specialty Chemicals, Inc., Cranston Print Works Company, Sequa Corp., Teknor Apex Company, Original Bradford Soap Works, Inc.

R. Howard Grubbs
Womble, Carlyle, Sandridge & Rice, PLCC
104 South Main St.
Suite 700
Greenville, SC 29601-0208
Counsel for Ciba Specialty Chemicals, Inc.

Daniel S. Crocker
Brooks/Eckerd Pharmacy
50 Service Avenue
Warwick, RI 02886
Counsel for New England Container Corp

James W. Ryan
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
Counsel for New England Container Corp

John F.X. Peloso, Jr.
Robinson & Cole, LLP
695 East Main Street
Stamford, CT 06904-2305
Counsel for New England Container Corp.

David B. Graham, Esq.
Kaufman & Canoles
4801 Courthouse Street
Williamsburg, VA 23188
dbgraham@kaufcan.com
P: (757) 259-3800
F: (757) 259-3838
dbgraham@kaufcan.com
Counsel for American Mineral Spirits, Co., CNA Holdings, Inc., Ciba Specialty Chemicals, Inc., Cranston Print Works Company, Sequa Corp., Teknor Apex Company, Original Bradford Soap Works, Inc.

Dytex Chemicals
Charles S. Grossman
1280 High St.
Central Falls, RI 02863

Lubrx Products, Inc.
Registered Agent:
Dolores A. Audet
8 Darby Dr.
Mansfield, MA 02048

Malden Mills Industries, Inc.
Kathleen Potter, Esq.
46 Stafford Street
Lawrence, MA 01841
Phone: (978) 659-5408
Facsimile: (978) 557-3244

Plymouth Rubber Company, LLC
Christopher P. Davis
Goodwin Procter
53 State Street
Exchange Plaza
Boston, MA 02109
P: (617) 570-1354
F: (617) 523-1231
cdavis@goodwinprocter.com
Registered Agent:
Maurice Hamilburg
104 Revere St.
Canton, MA 02021

Rhode Island Chemical Corporation
Registered Agent:
Thomas C. Plunkett
91 Friendship Street
Providence, RI 02903

Synthron, Inc. f/k/a Synthron Chemicals, Inc.
United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(302)636-5400
Also:
305 Amherst Road
Morganton, NC 28655

Tanner Industries, Inc.
Registered Agent:
CT Corporation System
10 Weybosset St.
Providence, RI 02903

Allendale Mill Associates, Limited Partnership
Registered Agent:
Charles F. Rogers, Jr., Esq.
2800 Financial Plaza
Providence, RI 02903

ANPC Associates Limited Partnership
Registered Agent:
Prentice-Hall Corp. System
222 Jefferson Blvd., Suite 200
Warwick, RI 02888

Universal Chemicals
Registered Agent:
Jerry Kaplan
164 Eileen Drive
Cedar Grove, NJ 07009

/s/ Elvira Hanson