5 10/13/06 Yitaem
848-6400

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF

CENTREDALE MANOR SUPERFUND SITE

Verified Petition of

Emhart Industries, Inc.
To perpetuate the testimony of witnesses

**Civil Action No.: Misc. 03-114**

## PROOF OF SERVICE

10/13/06
DATE

BNS Co.
25 Enterprise Center
Suite 103
PLACE Middletown, RI

## SERVED

Michael Warner President
SERVED ON (PRINT NAME)

in person in hand
MANNER OF SERVICE

SERVED BY (PRINT NAME)

TITLE

**UNITED STATES DISTRICT COURT**
**Federal Process Server**
**Micheal H. Arnold**

## DECLARATION OF SERVER

I declare under penalty and perjury that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10/13/06
DATE

10/13/06
SIGNATURE OF SERVER

17 Annandale Drive
ADDRESS OF SERVER
Newport, RI 02840