UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CASE NO.: Misc. 03–114

AFFIDAVIT OF DUE DILIGENCE

**In the Matter of Centredale Manor Superfund Site**

Plaintiff/Petitioner,

vs.

Defendant/Respondent.

Received by **Capitol Process Services** on **09/19/2006** at **09:52 AM** to be served upon:

**Universal Chemicals**
**c/o Jerry Kaplan, Registered Agent 164 Eileen Drive**
**Cedar Grove, NJ 07009**

New Jersey
Somerset ss.

I, **James Cafone**, depose and say that:

On **09/26/2006** at **07:00 PM**, I served the within **Verified Petition** on **Universal Chemicals** in the manner indicated below:

NON–SERVICE: For the reason(s) listed in the comments below:

Comments/Prev. Attempts: **Service attempted on 9/19/06 @ 4:30pm, This is a residence and there was no answer. Returned 9/20/06 @ 8:15pm, spoke with Mrs. Kaplan, she advised her husband was out and she did not know what time he would be returning. On 9/21/06 @ 8:50pm, house dark, no answer. 9/23/06 @ 7:20am, no answer. On 9/26/06 @ 7:00pm, wife advised subject was not home. Unable to effect service.**

Sworn to and subscribed before me on this 16th day of October, 2006 by an affiant who is personally known to me or produced identification.
Tina Giordano
NOTARY PUBLIC

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/11/08

X James Cafone
James Cafone
Capitol Process Services
1827 18th Street, N.W.
Washington, DC 20009
800-243-8773 ext 108
Atty File#: - Our File# 2108